UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PAGAN,<br><br>        Plaintiff,<br><br>-against-<br><br>GOVERNMENT AGENCIES NYPD, DOC, HOSPITALS, COMMUNITY BUSINESSES, COURTS, ET AL.,<br><br>        Defendants. | 21-CV-8054 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 2, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 2, 2021
     New York, New York

                  /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge